DMP:SKW/GMR
F. #2023R00922

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ASIF MERCHANT,
    also known as "Asif Raza Merchant,"

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

N O T I C E

24-CR-362 (EK)

**NOTICE OF INTENT TO USE FOREIGN
INTELLIGENCE SURVEILLANCE ACT INFORMATION**

        The United States, through its attorney Breon Peace, United States Attorney for the Eastern District of New York, hereby provides notice to defendant ASIF MERHCANT, also known as "Asif Raza Merchant," and to the Court that, pursuant to Title 50, United States Code, Section 1806(c), the United States intends to offer into evidence, or otherwise use or disclose in any proceeding in the above-captioned matter, information obtained or derived from electronic surveillance conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801-1812.

Dated:    Brooklyn, New York
             October 2, 2024

                                                    BREON PEACE
                                                  United States Attorney

                                                  /s/ Sara K. Winik
                                                  Sara K. Winik
                                                  Gilbert M. Rein
                                                  Assistant United States Attorneys
                                                  (718) 254-7000