

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SKW/NCG/GMR
F. #2023R00922

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 11, 2025

By ECF

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Asif Merchant
                Criminal Docket No. 24-362 (EK)

Dear Judge Komitee:

      The government hereby notifies the Court of its filing today, via the Classified Information Security Officer ("CISO"), of a redacted copy of its memorandum in support of its classified ex parte, in camera motion for a protective order pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure. The Court may arrange to view an unredacted copy of the government's memorandum by contacting the CISO.

                Respectfully submitted,

                JOSEPH NOCELLA, JR.
                United States Attorney

      By:    /s/
            Sara K. Winik
             Nina C. Gupta
             Gilbert M. Rein
             Assistant U.S. Attorneys
             (718) 254-7000

cc:    Clerk of Court (EK) (by ECF)
       Defense Counsel (by ECF)