UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ASIF MERCHANT

                    Defendant.

24-CR-362 (EK)

**THE HONORABLE ERIC KOMITEE**
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK

**\*\*IMPORTANT\*\***
**Jurors are instructed to call 1-800-587-6775**
**on Friday, February 20, 2026 after 7:00 p.m.**
**for further reporting instructions.**

**Juror Number:** _____

## Juror Information

The answers to the questions on this page will be disclosed only to the appropriate court personnel as directed by the presiding judge.

**Please print the following information:**

Name: _____

Address: _____

_____

_____

Home Telephone: _____

Work Telephone: _____

Cellphone: _____

**WHEN YOU HAVE COMPLETED THE QUESTIONNAIRE, PLEASE COMPLETE THE FOLLOWING DECLARATION:**

## <u>DECLARATION</u>

**I solemnly state that the answers to the questions set forth in the attached questionnaire are, to the very best of my ability, true and correct.**

**Date:** _____                    _____
                                                    **(signature)**

24-CR-362 (EK)

**Juror Number:** _____

(PLEASE PRINT LEGIBLY USING DARK INK)

## UNITED STATES OF AMERICA v. ASIF MERCHANT
### 24-CR-362 (EK)

### JUROR QUESTIONNAIRE

**PRELIMINARY INSTRUCTIONS:**

Welcome to the courthouse and thank you for participating in jury service.  You are here today for one purpose only:  to complete a juror questionnaire.  The trial and jury selection process will not start today.  Once you have completed the questionnaire, you are done for the day.  You will be given instructions before you leave about when to return for jury service.

This questionnaire is an important part of the jury selection process.  You are sworn to give complete and truthful answers – under penalty of perjury – to the questions that follow.  All of the information you provide will be kept confidential and will be seen only by the Judge, the Clerk's Office and the members of the prosecution and defense team, including the defendant.  When you return for the trial itself, you may be asked some follow-up questions about your responses.

Citizens in our community hold different views and have had different life experiences that inform those views.  We are genuinely interested in learning your views and feelings on a variety of issues.  There are no "right" or "wrong" answers to these questions; just answer honestly and completely.  Please answer each question by placing a check next to the correct response and by providing the information requested.  Take your time and answer each question as fully as possible.  Answer all questions.  Do not leave any answer blank.  If a question does not apply to you, fill in the space with an "N/A" for "not applicable."  If you cannot answer a question because you do not understand it or do not know the answer, fill in the space with "Do Not Understand" or "Do Not Know."  Write in dark ink and as legibly as possible.  If you need

3

**Juror Number:** _____

extra space, you may continue your answer in the space provided at the end of the questionnaire.

**Please write your assigned juror number in the space provided at the top of each page as indicated.**

It is important that the jury in no way be influenced by the public or the media. Do not discuss this questionnaire or your answers with friends, family, co-workers, court personnel or anyone else. The answers that you provide must be yours and yours alone. From this point forward, do not read or listen to any news about this case, including anything about the case on TV, radio, newspaper, websites, blogs, or social media. Do not discuss this case with anyone, including your family. Do not discuss or post anything about this case on any platform, including TV, radio, newspaper, websites, logs, or social media. Do not research this case, the people involved, any of the facts presented in this questionnaire, any prior court proceedings, the lawyers and/or the Judge. This includes research conducted on the internet or through any other source of information. If you do read, listen, watch, or overhear information about this case from any sources outside the courtroom, you must notify courtroom staff immediately.

In many federal court cases, it is a common practice to keep the names and identities of the jurors in confidence. This is not unusual in any way. Experience has shown that, in a case like this, it is wise to take such steps as are deemed necessary to make certain that the juror's right to privacy is respected. Accordingly, we are following this procedure. The media and members of the public will be curious about the identity of the jurors, the witnesses, the lawyers, and all other participants, and may seek to inquire into their personal affairs. Anonymity will assure that the jury will not be exposed to such prying and to opinions, commentaries, and inquiries that might impair its ability to decide the case solely upon the evidence presented in court and upon the law as the court instructs. It is important to ensure that the jury will in no way be influenced by the public, by the members of the media, and their articles and reports.

24-CR-362 (EK)

**Juror Number:** _____

The court emphasizes that it is taking these measures to protect your rights of privacy and to assist you in discharging your responsibility as jurors independently, fairly and impartially. It will also permit the media complete freedom of coverage of this trial.

To ensure that your rights of privacy will be respected, only the second page of the attached questionnaire asks you to state your name and other identifying information. That page will be detached from the questionnaire when you have completed it and will be locked securely in the office of the Clerk of the Court to be disclosed only to appropriate court personnel as the judge directs. It will not be available to anyone, including the prosecutors, the defendant, and his attorneys. On the remaining pages of the questionnaire, you are instructed not to give names or addresses or any information that will permit anyone, even the judge, to identify you. However, you must be sure to write the Juror Number assigned to you at the top of each page in the space provided.

Jury service is one of the most important duties a citizen can be called on to perform. You will fulfill that civic duty by responding completely and honestly during jury selection. The Court appreciates your participation and cooperation.

**Eric Komitee**
**United States District Judge**

**SUMMARY OF THE CASE**:

This is a criminal case. Defendant Asif Merchant was charged in a two-count indictment. He has denied both charges. Count One alleges that Merchant attempted to commit an act of terrorism transcending national boundaries. Count Two alleges that he engaged in a murder-for-hire scheme.

24-CR-362 (EK)

**Juror Number:** _____

## PLEASE ANSWER THE FOLLOWING QUESTIONS:

<u>Background</u>

1.      What is your gender?

_____

2.      How old are you?

_____

3.      Where were you born?  (If outside the U.S., please tell us the country.)

_____

4.      In what city/town do you now live?

_____

5.      Which of the following describes you? (Please check all that apply.)

MARRIED _____

SINGLE: NEVER MARRIED _____                DIVORCED _____

SEPARATED _____        WIDOWED _____

LIVING WITH A PARTNER OR SIGNIFICANT OTHER _____

6.      Are you a United States citizen?

YES _____        NO _____

7.       Are you a citizen of any other country?

YES _____        NO _____

8.      If yes, which country?

_____

9.      Do you speak, read, or understand any languages other than English? If so, which ones?

_____

6

**Juror Number:** _____

<u>Education</u>

      10.     What is the highest grade you have completed in school?

      Elementary/High School Grades: 1-7 _____   8-9 _____   10 _____   11 _____   12 _____

      College: 1 year _____   2 years _____   3 years _____   4 years _____

      Graduate:  Masters _____   Doctorate _____

<u>Employment</u>

      11.     Have you or an immediate family member ever served in the military (including the reserves, National Guard, or ROTC)?

      YES _____        NO _____

      12.     If yes, please indicate who and which branch of service.

      _____

      _____

      _____

      13.     If you are currently employed, what is your job description?

      _____

      14.     If you are employed, how long have you worked at your job?

      _____

      15.     If your spouse or partner is employed outside the home, what is their job description?

      _____

      16.     If you are retired, what was your job description?

      _____

      17.     If your spouse is retired, what is their prior job description?

      _____

24-CR-362 (EK)

**Juror Number:** _____

Interests and Media Consumption

      18.     Do you belong to or volunteer your time at any associations, organizations, clubs, religious organization, or unions? (Please list below.)

_____

_____

_____

      19.     How do you get your news?

_____

_____

      20.     What types of books, periodicals, and/or websites do you like to read?

_____

_____

      21.     Do you use social media?

YES _____         NO _____

      22.     If so, which social media platforms?

_____

Experience with Legal System

      23.     Have you ever been a juror? If yes, please provide the year of service, whether it was state or federal, criminal or civil, grand jury or a trial, and without indicating what the verdict was, whether there was a verdict.

YES _____         NO _____

_____

_____

24-CR-362 (EK)

**Juror Number:** _____

24.    If you have previously served as a juror, is there anything about that prior jury service that would affect your ability to be a fair and impartial juror in this case, would make you not want to serve again, or affected your opinion about the jury system? If yes, please explain.

YES _____          NO _____

_____

_____

25.    Have you ever appeared or testified as a witness in any investigation or legal proceeding?

YES _____          NO _____

26.    If you have appeared or testified, what was the proceeding and what was your role?

_____

27.    Have you or a close family member ever been involved in a lawsuit?

YES _____          NO _____

28.    If so, for each lawsuit please explain what the lawsuit was about?

_____

_____

_____

_____

29.    Have you, or any of your close friends or relatives, ever been the victim of a crime or a witness to a crime?  What was the nature of the crime?  Is there anything about those experiences that would affect your ability to be fair and impartial in this case?

YES _____          NO _____

_____

_____

9

24-CR-362 (EK)

**Juror Number:** _____

30.    Have you or any member of your immediate family ever been stopped, questioned, investigated, arrested, prosecuted, or convicted of a crime (other than a traffic ticket) by any law enforcement officer or agency?

YES _____    NO _____

31.    If you answered "yes" to question 30, please describe the circumstances. If more than one instance occurred, please describe each instance. Would that experience affect your ability to be fair and impartial in this case?

_____

_____

_____

_____

_____

32.    Do you have, or have you ever had, a close friend or family member in prison?

YES _____    NO _____

33.    If you answered "yes" to question 32, please describe the circumstances. If there is more than one person for whom you answered yes, please describe the circumstances for each one. Would that experience affect your ability to be fair and impartial in this case?

_____

_____

_____

_____

34.    Have you, a family member, or anyone close to you ever been employed, volunteered or had any other affiliation with any aspect of criminal prosecutions or criminal defense work (or applied or planned to apply to do so)?

YES _____    NO _____

10

24-CR-362 (EK)

**Juror Number:** _____

35.     If yes, please indicate who, the area of law, type of work/experience, date, and location.

_____

_____

The Case and Related Matters

36.     Do you know, or have you had any direct or indirect dealings with the United States Department of Justice ("DOJ"), the Federal Bureau of Investigation ("FBI"), the National Security Agency ("NSA"), the Department of Homeland Security ("DHS"), Customs and Border Patrol ("CBP"), or any other part of the United States government?

YES _____   NO _____

37.     Have you, a family member, or anyone close to you ever been employed by any law enforcement agency or any government agency?

YES _____        NO _____

38.     If you answered "yes" to questions 36 or 37, please explain the circumstances for each "yes" answer:

_____

_____

_____

_____

39.     You may hear evidence regarding an attempt to harm United States government officials or other people in the United States. Are there any U.S. government officials or political party members who, if they were targeted to be harmed, you would be unable to render a fair and impartial verdict in this case?

YES _____        NO _____

40.     If the evidence in this case proves the defendant's guilt beyond a reasonable doubt, will you be able to find him guilty even if the target was an official or politician whom you dislike or with whose policies you strongly disagree?

YES _____        NO _____

24-CR-362 (EK)

**Juror Number:** _____

41.     Conversely, if you like the purported victim, but the evidence does not prove the defendant's guilt beyond a reasonable doubt, would you have any hesitation in finding the defendant not guilty?

YES _____          NO _____

42.     If President Trump was the government official targeted, do you have any opinions or views concerning President Trump that would impact your ability to be fair and impartial?

YES _____          NO _____

43.     If former President Biden was the government official targeted, do you have any opinions or views concerning former President Biden that would impact your ability to be fair and impartial?

YES _____          NO _____

44.     Do you have any opinions or views concerning the Islamic Revolutionary Guard Corps, also known as the IRGC?  If so, explain.

YES _____          NO _____

_____

_____

_____

45.     Have you heard or seen anything concerning this case including news reports, social media postings, blog entries, or print articles?

YES _____          NO _____

46.     Have you ever lived in or visited Pakistan?

YES _____          NO _____

47.     Do you have any relatives or close friends who live or have lived in Pakistan?

YES _____          NO _____

48.     If so, what is their relationship to you?

_____

24-CR-362 (EK)

**Juror Number:** _____

49.    Have you ever lived in or visited Iran?

YES _____        NO _____

50.    Do you have any relatives or close friends who live or have lived in Iran?

YES _____        NO _____

51.    If so, what is their relationship to you?

_____

52.    Do you have any opinions or views concerning the Islamic Republic of Iran and its government?

YES _____        NO _____

53.    Do you have any views or opinions on the use of undercover law enforcement tactics that may impact your ability to be fair and impartial in this case?

YES _____        NO _____

54.    If you answered "yes," please explain.

_____

_____

55.    Do you have any bias or strong feeling for or against the foreign policy of the United States?

YES _____        NO _____

56.    Have you or any members of your immediate family been a member of a group that lobbies or takes public positions on any government, law enforcement, or foreign policy issues?

YES _____        NO _____

57.    Do you post on social media or blogs about conflict in the Middle East, American foreign policy, or law enforcement issues?

YES _____        NO _____

13

24-CR-362 (EK)

**Juror Number:** _____

58.    Do you believe a person from a foreign country who is not a United States citizen is entitled to the same rights and protections as a United States citizen if they are accused of committing a crime and prosecuted in an American court?

YES _____        NO _____

Legal Principles and Court's Instructions

59.    Will you be able to accept the proposition that the question of punishment is for the Court alone to decide and that the possible punishment must not enter into the deliberations of the jurors as to whether a defendant on trial is guilty?

YES _____        NO _____

60.    It is the law that the testimony of a single witness can be sufficient to convict a defendant of a charged crime, if the jury finds that the testimony of that witness establishes proof beyond a reasonable doubt. Do you have any opinion or belief about that law or beliefs that would prevent you from applying this rule of law?

YES _____        NO _____

61.    Do you have any opinions or beliefs concerning the criminal justice system that would affect your ability to be a fair and impartial juror?

YES _____        NO _____

62.    The witnesses in this case may include law enforcement officers. Would you be any more or less likely to believe a witness because he or she is a member of law enforcement, such as the Federal Bureau of Investigation, Homeland Security or Customs and Border Patrol?

YES _____        NO _____

63.    There may be evidence that is in a foreign language and an interpreter will be used to translate this evidence into English. Even if you understand that language, you must use the interpreter's translation and not substitute your own. Will you have difficulty relying on someone else's translation and putting aside your own?

YES _____        NO _____

64.    If you are selected as a juror, you will be instructed that this case can only be decided on the basis of the evidence presented at the trial. This rule is essential to providing a fair proceeding to both sides. Will you follow that instruction?

YES _____        NO _____

14

65.     This case may receive media attention. Will you be able to follow the Court's instruction that you are not to view or listen to any coverage of this case, including going on the Internet and reading or viewing news websites, Facebook, Twitter, Instagram or blogs that in any way mention this case, and/or listening to or watching any media coverage on television or the radio regarding this case?

YES _____        NO _____

66.     Will you be able to follow the Court's instruction that you are not to discuss the case with family or friends until the trial is over and your deliberations have concluded, that you are not to discuss the case with fellow jurors until the time for deliberations, and that the only information you are permitted to consider is what is presented in court?

YES _____        NO _____

67.     Will you be able to follow the Court's instruction that you are not to conduct your own research or investigation concerning any aspect of the case, including anything about the defendant, witnesses, attorneys, or the court, by using the Internet or any other research medium?

YES _____        NO _____

68.     If selected as a juror, the Court will instruct you that an indictment is only an accusation, and in fact, it is not evidence of anything. Would you have a problem following that instruction?

YES _____        NO _____

69.     You will be instructed that although defendant has been indicted in this case, the indictment is not evidence of guilt whatsoever and you may not consider the fact that he has been indicted as bearing on his guilt or innocence. Would you be able to follow that instruction?

YES _____        NO _____

70.     You will be instructed that the defendant is presumed to be innocent of any and all crimes throughout the course of this trial, unless and until the Government proves his guilt beyond a reasonable doubt. Would you be able to follow that instruction?

YES _____        NO _____

71.     You will be instructed that the burden of proving guilt rests entirely with the Government and no defendant ever has any obligation to prove his innocence. Will you be able to follow that instruction?

YES _____        NO _____

15

**Juror Number:** _____

72.      You will be instructed that under the law, a defendant is never required to testify or offer any evidence on his behalf, and that if a defendant chooses not to testify, the jury is not permitted to consider that fact in any way in reaching a decision as to whether a defendant is guilty or not guilty.  Will you be able to follow that instruction?

YES _____          NO _____

Final Questions

73.      Do you have any difficulty speaking, reading, or understanding English?

YES _____          NO _____

74.      Do you have any problems with your hearing or vision which would prevent you from giving your full attention to this trial?

YES _____          NO _____

75.      Do you have any other health condition that may make it difficult for you to give this trial your full attention?

YES _____          NO _____

76.      If you answered yes to either of the previous two questions, please provide a brief explanation:

_____

_____

77.      The Court and the parties estimate that after a jury is selected, this case may last about **four weeks, until March 30, 2026**, but may likely be shorter, with the Court sitting Monday through Thursday. Jury service is one of our highest duties and privileges as United States citizens, and mere inconvenience or the usual financial hardships of jury service are insufficient to excuse a prospective juror.  With that in mind, would serving on this jury create any extraordinary difficulty or hardship for you?

YES _____          NO _____

24-CR-362 (EK)

**Juror Number:** _____

78.     If you answered yes, please briefly explain the nature of the hardship.

_____

_____

_____


79.     Are you aware of any other reason that you cannot render a fair and impartial verdict in this case, without sympathy or prejudice?

YES _____          NO _____

80.      If you answered yes, please briefly explain.

_____

_____


81.     Please turn to Attachment A at the end of this packet, and circle the name of any person or place that you know or to which you have a connection. If you circled any name or place, please explain why.

17

24-CR-362 (EK)

**Juror Number:** _____

## <u>ATTACHMENT A</u>

Asif Merchant

Attorney Avraham Moskowitz

Attorney Christopher Neff

Attorney Joshua J. Lax

Paralegal Emily Chen

Assistant United States Attorney Sara K. Winik

Assistant United States Attorney Nina Gupta

Assistant United States Attorney Gilbert Rein

Paralegal Specialist Magdalena St. Surin

FBI Special Agent Matthew Capobianco



24-CR-362 (EK)

**Juror Number:** _____

███████████████████

██████████████████

█████████████████

████████

█████████

█████████

██████████

█████████

█████████

████████

█████████

██████████

Islamic Revolutionary Guard Corps

Turkish Airlines

Hawala / Hawaladar

███████████████████████

███████████████████████████████████

████████████████████████████████

██████████████████████████████

██████████████████████████████████

24-CR-362 (EK)